UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE MCCARDIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON CORCORAN,<br><br>　　　　Defendant. | Case No.: 1:20-cv-01623-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 12) |

Plaintiff Freddie McCardie ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On November 24, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 11.) On November 30, 2020, Plaintiff filed another motion to proceed *in forma pauperis*. (ECF No. 12.)

It appears the Court's order has crossed in the mail with Plaintiff's motion. As Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, no further applications are needed. Accordingly, Plaintiff's November 30, 2020 motion to proceed *in forma pauperis*, (ECF No. 12), is DENIED as moot.

IT IS SO ORDERED.

　　Dated:　**December 2, 2020**　　　　　　　／s／ *Barbara A. McAuliffe*　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1