# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY MCCARDIE,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA STATE PRISON CORCORAN,<br><br>  Defendant. | Case No.: 1:20-cv-01623-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 15) |

Plaintiff Freddy McCardie ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On November 24, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 11.) On November 30, 2020, Plaintiff filed a second motion to proceed *in forma pauperis*. (ECF No. 12.) That motion was denied as moot on December 2, 2020, as the Court had already granted Plaintiff's original motion to proceed *in forma pauperis*. (ECF No. 14.)

On December 7, 2020, Plaintiff filed a third motion to proceed *in forma pauperis*. (ECF No. 15.) It appears the Court's orders have crossed in the mail with Plaintiff's motion. As Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, no further applications are needed. Accordingly, Plaintiff's December 7, 2020 motion to proceed *in forma pauperis*, (ECF No. 15), is DENIED as moot. Plaintiff does not need to file any additional

motions for leave to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: __**December 10, 2020**__         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE